| Trustee Name, Address, Phone, Fax, Email: | For court use only |
|---|---|
| Howard M. S. Hu<br>Chapter 13 Trustee<br>1132 Bishop Street, 301<br>Honolulu, HI 96813<br>Telephone: (808) 526-3083<br>Fax: (808) 531-8844<br>Email: CHAPT13HI@AOL.COM | FILED<br>BANKRUPTCY COURT<br>DISTRICT OF HAWAII<br>2010 JUN 22 PM 3:24 |
| **UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII** | Case No.: **09-01493** |
| In re:<br>**WENDY JUNE WILER**<br><br>Debtor(s). | Chapter: 13 |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

The following funds are paid into the court pursuant to Fed. R. Bankr. P. 3011:  $ 4,215.00
This payment represents funds remaining unpaid on the claims(s) listed below.

| Claim No. | Claimant Name & Address | Claim Amount | Check Amount |
|---|---|---|---|
| **999** | WENDY JUNE WILER<br>61-151 IKUWAI PLACE<br>HALEIWA, HI 96712<br><br>(DEBTOR REFUND) | $ 4,215.00 | $ 4,215.00 |
|  |  | $ | $ |
|  |  | $ | $ |

*[Attach continuation sheets if necessary.]*

Date: June 22, 2010        /s/ _____
                              Trustee

hib_3011    5/05